UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| EMMETT PERKERSON, | Case No. 11-CV-1709 (PJS/JJK) |
| Plaintiff, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

---

Andrew W. Kinney and Jennifer G. Mrozik, HOGLUND, CHWIALKOWSKI & MROZIK, PLLC, for plaintiff.

David W. Fuller, UNITED STATES ATTORNEY'S OFFICE, for defendant.

This matter is before the Court on plaintiff Emmett Perkerson's objection to the June 1, 2012 Report and Recommendation ("R&R") of Magistrate Judge Jeffrey J. Keyes. Judge Keyes recommends granting the Commissioner's motion for summary judgment and denying Perkerson's motion for summary judgment. The Court has conducted a de novo review. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Based on that review, the Court adopts the R&R.

ORDER

Based on all of the files, records, and proceedings herein, the Court ADOPTS the R&R [Docket No. 17]. Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion for summary judgment [Docket No. 8] is DENIED.

2. Defendant's motion for summary judgment [Docket No. 14] is GRANTED.

3. Plaintiff's complaint [Docket No. 1] is DISMISSED WITH PREJUDICE AND ON THE MERITS.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 6, 2012  　　　　　　　　　　　　　  s/Patrick J. Schiltz  
　　　　　　　　　　　　　　　　　　　　　　　　Patrick J. Schiltz  
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge